# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RECKITT BENCKISER PHARMACEUTICALS INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX LLC, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    C.A. No. 14-1451-RGA |
| TEVA PHARMACEUTICALS USA, INC., | )<br>)<br>) |
| Defendant. | ) |

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that defendant's time in which to move, plead or otherwise respond to the Complaint is extended until January 23, 2015.

| | |
|---|---|
| */s/ Mary W. Bourke* | */s/ Karen E. Keller* |
| Mary W. Bourke (No. 2356) | John W. Shaw (No. 3362) |
| Dana Kathryn Severance (No. 4869) | Karen E. Keller (No. 4489) |
| WOMBLE CARLYLE SANDRIDGE RICE | David M. Fry (No. 5486) |
| 222 Delaware Avenue | SHAW KELLER LLP |
| Suite 1501 | 300 Delaware Ave., Suite 1120 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 252-4320 | (302) 298-0700 |
| mbourke@wcsr.com | jshaw@shawkeller.com |
| dseverance@wcsr.com | kkeller@shawkeller.com |
| *Attorneys for Plaintiffs* | dfry@shawkeller.com |
| | *Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |

Dated: December 15, 2014

SO ORDERED this _____ day of _____, 2014.

_____
United States District Judge