IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RECKITT BENCKISER                        )
PHARMACEUTICALS INC., RB                 )
PHARMACEUTICALS LIMITED, and             )
MONOSOL RX, LLC,                         )
                                         )          CA. No. 14-01451-RGA
                      Plaintiffs,        )
         v.                              )
TEVA PHARMACEUTICALS USA, INC.,          )
                                         )
                      Defendant.         )

### DECLARATION OF DANIEL M. ATTAWAY IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

I, Daniel M. Attaway, declare:

1.      I am an attorney at the law firm of Womble Carlyle Sandridge & Rice, LLP, counsel for Plaintiffs Reckitt Benckiser Pharmaceuticals Inc., RB Pharmaceuticals Limited, and MonoSol RX, LLC, (collectively, "Plaintiffs") in the above-captioned matter.

2.      I submit this Declaration in Support of Plaintiffs' Reply Memorandum In Support of Plaintiffs' Motion for Leave to Amend Complaint.

3.      Attached as Exhibit A is a true and correct copy of the June 7, 2011 Letter from Janet Woodcock, MD, Director, Center for Drug Evaluation and Research, FDA, Re Docket No. FDA-2011-P-0127.

4.      Attached as Exhibit B is a true and correct copy of the February 22, 2011 Letter from Janet Woodcock, MD, Director, Center for Drug Evaluation and Research, FDA, Re Docket No. FDA-2010-P-0518.

5.      Attached as Exhibit C is a true and correct copy of the March 17, 2009 Letter from Janet Woodcock, MD, Director, Center for Drug Evaluation and Research, FDA, Re Docket Nos. FDA-2009-P-0038, FDA-2009-P-0081, FDA-2009-P-0103, & FDA-2009-P-0120.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

This Declaration is executed this 11th day of June, 2015.

/s/ Daniel M. Attaway
Daniel M. Attaway (#5130)

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2015 I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that on June 11, 2015 true and correct copies of the foregoing were caused to be served on upon the following counsel of record via electronic mail:

Elaine Blais
Robert Frederickson, III
Alexandra Lu
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1205
eblais@goodwinprocter.com
rfrederickson@goodwinprocter.com
alu@goodwinprocter.com

John W. Shaw
Karen E. Keller
David M. Fry
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com

Robert V. Cerwinski
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
rcerwinski@goodwinprocter.com

John Coy Stull
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000
jstull@goodwinprocter.com

*/s/ Daniel M. Attaway*
Daniel M. Attaway (#5130)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(302) 252-4320
(302) 252-4330 (Fax)
dattaway@wcsr.com

34350767