IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RECKITT BENCKISER PHARMACEUTICALS, INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-1451-RGA |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) ) ) | |
| RECKITT BENCKISER PHARMACEUTICALS INC. and MONOSOL RX, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-1573-RGA |
| PAR PHARMACEUTICALS, INC. and INTELEGENX TECHNOLOGIES CORP., | ) ) ) | |
| Defendants. | ) ) | |
| RECKITT BENCKISER PHARMACEUTICALS INC., and MONOSOL RX, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-1574-RGA |
| WATSON LABORATORIES, INC., and ACTAVIS LABORATORIES UT, INC., | ) ) ) | |
| Defendants. | ) | |

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that on August 21, 2015, a copy of Defendants' First Set of

Rule 34 Requests for Production to Plaintiffs (Nos. 1-44) was caused to be served upon the

following counsel in the manner indicated:

**VIA E-MAIL**
Mary W. Bourke
Dana K. Severance
Daniel M. Attaway
Womble, Carlyle, Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
mbourke@wcsr.com
dseverance@wcsr.com
dattaway@wcsr.com

Daniel A. Ladow
James M. Bollinger
Timothy Heaton
Magnus Essunger
Troutman Sanders LLP
405 Lexington Avenue
New York, NY 10174
Daniel.ladow@troutmansanders.com
James.bollinger@troutmansanders.com
Timothy.heaton@troutmansanders.com
Magnus.Essunger@troutmansanders.com

Troy S. Kleckley
Puja Patel Lea
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
Troy.kleckley@troutmansanders.com
Puja.lea@troutmansanders.com

Charanjit Brahma
Troutman Sanders LLP
401 9th Street, N.W., Suite 1000
Washington, DC 20004
Charanjit.brahma@troutmansanders.com

2

Robert E. Browne, Jr.
Troutman Sanders LLP
55 West Monroe Street, Suite 300
Chicago, IL 60603
Robert.browne@troutmansanders.com

James F. Hibey
Timothy C. Bickham
Rachel M. Hofstatter
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
jhibey@steptoe.com
tbickham@steptoe.com
rhofstatter@steptoe.com

David L. Hecht
Cassandra A. Adams
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY 10036
dhecht@steptoe.com
cadams@steptoe.com

Jeffrey B. Elikan
Erica N. Andersen
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
jelikan@cov.com
eandersen@cov.com

Dated:  August 21, 2015

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ *Megan C. Haney*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

jcp@pgslaw.com
mch@pgslaw.com

*Attorneys for Defendants Watson
Laboratories and Actavis Laboratories
UT, Inc.*

SHAW KELLER LLP

*/s/ David M. Fry*
John W. Shaw (#3362)
Karen E. Keller (#4489)
David M. Fry (#5486)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com

*Attorneys for Defendant Teva
Pharmaceuticals USA, Inc.*

RICHARD LAYTON & FINGER, P.A.

*/s/ Katharine C. Lester*
Steven J. Fineman (#4025)
Katharine C. Lester (#5629)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
lester@rlf.com

*Attorneys for Defendants Par
Pharmaceutical, Inc. and IntelGenX
Technologies Corp.*

4