IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RECKITT BENCKISER PHARMACEUTICALS INC., and MONOSOL RX, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-1451-RGA |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) ) | |
| RECKITT BENCKISER PHARMACEUTICALS INC., and MONOSOL RX, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-1573-RGA |
| PAR PHARMACEUTICAL, INC. and INTELGENX TECHNOLOGIES CORP., | ) ) ) | |
| Defendants. | ) ) | |
| RECKITT BENCKISER PHARMACEUTICALS INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-1574-RGA |
| WATSON LABORATORIES, INC. and ACTAVIS LABORATORIES UT, INC., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 22, 2016, the following documents were

served on the persons listed below in the manner indicated:

1)    Defendants' First Set of Joint Requests for Admission (Process Patents) (Nos. 1-25)

2)    Defendants' Second Set of Joint Interrogatories (Nos. 7-9)

3)    Teva Pharmaceuticals USA, Inc.'s First Set of Individual Interrogatories (Nos. 1-3)

4)    Teva Pharmaceuticals USA, Inc.'s First Set of Individual Process Patents Requests for Admission

5)    Teva Pharmaceuticals USA, Inc.'s First Set of Orange Book Requests for Admission

**BY HAND DELIVERY**
Mary W. Bourke
Dana K. Severance
Daniel M. Attaway
WOMBLE CARLYLE SANDRIDGE
  & RICE, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(302) 252-4320

OF COUNSEL:
Robert V. Cerwinski
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

Elaine H. Blais
Robert Frederickson, III
Alexandra Lu
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

John Coy Stull
GOODWIN PROCTER LLP
901 New York Ave NW #9
Washington, DC
(202) 346-4000

Dated: February 22, 2016

/s/ David M. Fry
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

3