**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

RECKITT BENCKISER PHARMACEUTICALS INC., RB PHARMACEUTICALS LIMITED, and MONOSOL RX, LLC,

Plaintiffs,

v.

DR. REDDY'S LABORATORIES S.A. and DR. REDDY'S LABORATORIES, INC.,

Defendants.

CONS. C.A. No. 14-1451-RGA

**[PROPOSED] ORDER GRANTING DEFENDANTS DR. REDDY'S LABORATORIES S.A. AND DR. REDDY'S LABORATORIES, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO 35 U.S.C. § 285**

WHEREAS, on September 18, 2019, Defendants Dr. Reddy's Laboratories S.A. and Dr. Reddy's Laboratories, Inc. ("DRL") filed a Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285 (the "motion"); and

WHEREAS, the Court has considered the Motion and the briefing concerning the Motion and finding good cause to grant the Motion,

IT IS HEREBY ORDERED THAT:

1. Dr. Reddy's Laboratories S.A. and Dr. Reddy's Laboratories, Inc.'s ("DRL") is the prevailing party in this matter.

2. This case is exceptional under 35 U.S.C. § 285.

3. DRL is entitled to its reasonable attorneys' fees and costs to the extent permitted by law and is hereby directed to submit proof of the attorneys' fees and costs incurred in this action within thirty (30) days of the date of this Order.

Dated: ______________________

______________________________
The Honorable Richard G. Andrews
United States District Judge